UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LAURA CAMILA PIZANO MARTINEZ,
Petitioner,

v.

WARDEN, Otay Mesa Detention Center, et al.,
Respondents.

Case No.: 26-cv-4311-RSH-MMP

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

[ECF Nos. 2, 3]

On July 28, 2026, petitioner Laura Camila Pizano Martinez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, who is in immigration custody, alleges that her detention without an individualized custody determination violates her right to due process. *Id.* ¶¶ 43-53. Petitioner requests her immediate release, or alternatively, a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶¶ 70-71.

On August 6, 2026, Respondents filed a return conceding to a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 6 at 2 (citing *Vazquez v. Bostock*, No. 25-6842, 2026 LX 482469 (9th Cir. July 30, 2026)).

Accordingly, the Petition is **GRANTED** as follows. The government is directed to hold a bond hearing pursuant to 8 U.S.C. § 1226(a) for petitioner Laura Camila Pizano

Martinez within ***seven (7) days of the date of this order***, or within such longer period of time as may be requested by Petitioner. The Court declines to order Petitioner's immediate release, on the grounds that the Petition does not establish a basis for that relief. In light of this disposition, the Court **DENIES** as moot Petitioner's motion for a temporary restraining order [ECF No. 2] and motion to appoint counsel [ECF No. 3].

**IT IS SO ORDERED**.

Dated: August 11, 2026

Hon. Robert S. Huie
United States District Judge